**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSHUA DWANE BACON, | Removed from the Court of Common Pleas |
| Plaintiff, *pro se*, | of Luzerne County Civil No. 2023-03307 |
| v. | [JUDGE MARIANI] |
| LUZERNE COUNTY, ET AL., | NO. 3:23-CV-01699-RDM-CA |
| Defendants, | Filed via U.S. Mail on July 5, 2024 |

FILED
SCRANTON
JUL 08 2024
PER ___ DEPUTY CLERK

**Plaintiff's First Request for Production of Documents**

Pursuant to rule 34 of the Federal Rules of Civil Procedure, Plaintiff requests that Defendants produce for inspection and copying the following documents:

1. All Medical records for inmate Joshua Dwane Bacon between 1/24/2020 and 2/1/2022
2. All Psychology/Psychiatry records for inmate Joshua Dwane Bacon between 1/24/2020 and 2/1/2022
3. All records related to PREA investigations where inmate Joshua Dwane Bacon was an involved party between 1/24/2020 and 2/1/2022
4. All misconduct records for inmate Joshua Dwane Bacon, including misconducts that were dismissed, not ruled upon, found guilty or not guilty, or any other disposition, between 1/24/2020 and 2/1/2022
5. One copy of the Luzerne County Correctional Facility inmate handbook as of 2020-2022
6. Housing unit reports for all dates between 1/24/2020 and 2/1/2022

If for some reason any of these documents are unavailable and/or contested, please consider each of these six requests as their own discovery request. That is, if one of these items is not available, Defendants must still produce the rest of the documents. These documents are to be mailed to SCI-Chester via legal mail just as all other legal documents Defendants have sent.

Respectfully Submitted For Your Consideration,

To court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSHUA DWANE BACON, | Removed from the Court of Common Pleas |
| Plaintiff, *pro se*, | of Luzerne County Civil No. 2023-03307 |
| v. | [JUDGE MARIANI] |
| LUZERNE COUNTY, ET AL., | NO. 3:23-CV-01699-RDM-CA |
| Defendants, | Filed via U.S. Mail on July 5, 2024 |

**Certificate of Service**

I, JOSHUA DWANE BACON, hereby certify that on Friday, July 5, 2024, I served a copy of the foregoing, *Plaintiff's First Request for Production of Documents*, upon the persons indicated below via First Class United States Mail:

United States District Court for the Middle District of Pennsylvania
235 N. Washington Ave
PO Box 1148
Scranton, PA 18507-1148

Dougherty, Levanthal, & Price, LLP.
ATTN Sean P. McDonough, Esq.
75 Glenmaura National Boulevard
Moosic, PA 18501

Respectfully Submitted For Your Consideration,

Joshua Bacon
SCI-Chester QN6521
500 East 4th Street
Chester, PA 19013

Legal Mail

Smart Communications/PADOC

SCI- CHS

Name Bacon

Number QN6521

PO Box 33028

St Petersburg FL 33733

PHILADELPHIA PA 190

6 JUL 2024 PM 10

US POSTAGE PITNEY BOWES

ZIP 19013 $ 000.64⁰
02 4W
0000359303 JUL. 05. 2024

US District Court
Middle District of PA
235 N Washington Ave
PO Box 1148
Scranton, PA 18507-1148

RECEIVED
SCRANTON

JUL 08 2024

PER DT
DEPUTY CLERK

18501-114848