## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA DWANE BACON, | \| Removed from the Court of Common Pleas |
| Plaintiff, *pro se*, | \| of Luzerne County Civil No. 2023-03307 |
| v. | \| [JUDGE MARIANI] |
| LUZERNE COUNTY, et al., | \| NO. 3:23-CV-01699-RDM-CA |
| Defendants, | \| Filed via U.S. Mail on July 1, 2024 |

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, JOSHUA DWANE BACON, respectfully comes before this Court and represents the following:

1. Plaintiff's Complaint has now survived Motion To Dismiss.
2. Plaintiff's Complaint contains complex legal issues which he is unprepared and unable to successfully argue at trial.
3. Plaintiff is indigent, *pro se*, incarcerated, and without the resources to mount a proper defense.
4. Plaintiff has requested *pro bono* counsel from this Court before and was denied.
5. WHEREFORE, Plaintiff requests to be placed on a waiting list for *pro bono* representation and for his case to be "frozen" pending appointment of counsel.

Respectfully Submitted For Your Consideration,

Joshua Bacon

FILED
SCRANTON

JUL 01 2024

PER_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA DWANE BACON, | \| Removed from the Court of Common Pleas |
| Plaintiff, *pro se*, | \| of Luzerne County Civil No. 2023-03307 |
| v. | \| [JUDGE MARIANI] |
| LUZERNE COUNTY, et al., | \| NO. 3:23-CV-01699-RDM-CA |
| Defendants, | \| Filed via U.S. Mail on July 1, 2024 |

MOTION FOR APPOINTMENT OF COUNSEL

I, JOSHUA DWANE BACON, hereby certify that on Monday, July 1, 2024, I served a copy of the foregoing, MOTION FOR APPOINTMENT OF COUNSEL, upon the persons indicated below via U.S. Mail:

United States District Court for the Middle District of Pennsylvania

235 N. Washington Ave

PO Box 1148

Scranton, PA 18507-1148

**Dougherty, Levanthal, & Price, LLP**

**Attorney Sean P. McDonough**

**Was NOT served with a copy of this document pursuant to the reduced copies motion that was approved.**

Respectfully Submitted For Your Consideration,

Joshua Bacon

Smart Communications/PADOC

SCI-CHS

Name Bacon

Number QN6521

PO Box 33028

St Petersburg FL 33733

PHILADELPHIA PA
2 JUL 2024 PM 10

US POSTAGE — PITNEY BOWES
ZIP 19013 $ 000.64⁰
02 4W
0000359303 JUL. 01. 2024

United States District Court
Middle District of Pennsylvania
235 N. Washington Ave
Scranton, PA

RECEIVED
SCRANTON
JUL 11 2024
PER _____
DEPUTY CLERK