IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA DWANE BACON, | : | Civil No. 3:23-cv-1699 |
| Plaintiff | : | |
| v. | : | (Judge Mariani) |
| LUZERNE COUNTY, *et al.*, | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this 7th day of August, 2024, upon consideration of Plaintiff's motion (Doc. 46) to communicate with another inmate—Dana Ganjeh QN8636—who may have witnessed the events at issue in this matter, and the Court recognizing that Plaintiff has a legitimate interest in communicating with a potential witness in this case, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 46) is **GRANTED**.

2. Plaintiff shall be permitted to correspond with inmate witness Dana Ganjeh QN8636. Plaintiff's correspondence with inmate Dana Ganjeh QN8636 is subject to the supervision of the Department of Corrections, pursuant to its established security procedures. Additionally, this Court refers Plaintiff to DC-ADM 803, which addresses the issue of correspondence between inmates.

Robert D. Mariani
United States District Judge