IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA DWANE BACON, | : | Civil No. 3:23-cv-1699 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| LUZERNE COUNTY, et al., | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 23rd day of August, 2024, upon consideration of Plaintiff's motion (Doc. 50) for leave to amend the complaint, and it appearing that Plaintiff has failed to file a brief in support of the motion, it is hereby **ORDERED** that the motion (Doc. 50) is **DEEMED** withdrawn.[1] *See* LOCAL RULE OF COURT 7.5.

Robert D. Mariani
United States District Judge

---

[1] With respect to Plaintiff's request for "the court to provide guidance" on his constitutional claims (Doc. 50 ¶ 5), it is well-settled that *pro se* litigants "do not have a right to general legal advice from judges," and "courts need not provide substantive legal advice to pro se litigants" because *pro se* litigants must be treated "the same as any other litigant." *Mala v. Crown Bay Marina, Inc.*, 704 F.3d 239, 243-44 (3d Cir. 2013). As such, the Court cannot furnish legal advice to Plaintiff.