IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA DWANE BACON, | : | Civil No. 3:23-cv-1699 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| LUZERNE COUNTY, et al., | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 2nd day of October, 2024, upon consideration of Plaintiff's motion (Doc. 63) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 63) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge