IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA DWANE BACON, | : Civil No. 3:23-cv-1699 |
| Plaintiff | : (Judge Mariani) |
| v. | : |
| LUZERNE COUNTY, *et al.*, | : |
| Defendants | : |

**ORDER**

**AND NOW**, this ___13th___ day of March, 2025, upon consideration of Plaintiff's motion (Doc. 108) to communicate with another inmate—Erik Watkins—who may have witnessed the events at issue in this matter, and wherein Plaintiff seeks "an order from this Court granting permission to meet with Mr. Watkins in a private area or room[,]" and specifically requests three meetings with inmate Watkins within 30 days of the date of this Order, each lasting at least 60 minutes in length, and requests that each inmate be allowed to bring any notes, documents, and evidence in their possession to the meetings, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 108) is **DENIED.**

2. To the extent that Plaintiff needs to communicate with a fellow inmate to pursue evidence to support his claims, Plaintiff is referred to DC-ADM 803, *Inmate Mail and Incoming Publications*, which must be followed by inmates wishing to correspond with each other.

3. The DOC policy functions for the protection of both inmates who may not wish to receive such correspondence and for the security of the facilities in which

they are housed, and the Court is reluctant to unnecessarily override DOC security procedures.

*Robert D. Mariani*
United States District Judge